DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**QUIN HEARN,**
Appellant,

v.

**ANTHONY HEARN,**
Appellee.

No. 4D22-1620

[December 15, 2022]

Appeal of a non-final order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Susan Greenhawt, Judge; L.T. Case No. FMCE17-013097.

Norman S. Segall of Lubell & Rosen LLC, Coral Gables, for appellant.

Erik W. Scharf of The Scharf Appellate Group, Miami, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, CONNER and ARTAU, JJ., concur.

*       *       *

***Not final until disposition of timely filed motion for rehearing.***